# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN SAUCIER AND TRACY
SAUCIER

NO. 2024 CW 0581

VERSUS

WATERFRONT EAST HOMEOWNER'S
ASSOCIATION

**SEPTEMBER 10, 2024**

---

In Re: Waterfront East Homeowner's Association, Inc., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 178399.

---

**BEFORE: WELCH, LANIER, AND MILLER JJ.**

**WRIT DENIED.**

> **JEW**
> **WIL**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
 FOR THE COURT